IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02156-MSK-CBS

CONNIE GRENEMYER

      Plaintiff,

v.

STACY L. McFADIN, and
LAURIE D. McFADIN, d/b/a TWO BAR WEST,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Motion for Reconsideration of Scheduling Conference Setting (*doc. # 17)* is GRANTED. The June 24th scheduling conference, and all related deadlines, are VACATED.

      IT IS FURTHER ORDERED that parties are to submit a joint status report every thirty (30) days, the first of which is due on or before **July 9, 2009**.

**DATED:**    June 9, 2009